178 F.2d 923
 Charlotte E. OSTRANDER, etc., Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 124, Docket 21509.
 United States Court of Appeals
Second circuit.
 Argued Jan. 10, 1950.
Decided Jan. 10, 1950.
 
 Appeal from the United States District Court for the Southern District of New York.
 Lexow & Jenkins, Suffern, N.Y. (David H. Moses, Suffern, N.Y., of counsel), for Plaintiff-appellant.
 Irving H. Saypol, United States Attorney, New York City (Nathan Skolnik, Assistant United States Attorney, New York City, of counsel), for defendant-appellee.
 Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court on authority of United States v. Feres, 2 Cir., 177 F.2d 535.